# United States Court of Appeals for the Federal Circuit

December 15, 2008

ERRATA

**Appeal No. 2008-1178**

Precedential Opinion, <u>iLOR, LLC v. Google, Inc.</u>

Decided:  December 11, 2008

Please make the following change:

On page 8, line 3, delete "cause" and insert -- reason --.